■ In the Matter of the Claim of JENNA C. PETTES, Appellant. COMMISSIONER OF LABOR, Respondent. [40 NYS3d 306]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 3, 2015, which, upon reopening and reconsideration, ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

McCarthy, J.P., Garry, Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.